IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

—————————

No. 97-30177
Summary Calendar

—————————

MABLE COLLINS,

Plaintiff-Appellant,

versus

PETE BRADLEY ET AL.,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 96-CV-3136
- - - - - - - - - -
August 1, 1997

Before JOLLY, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

Mable Collins appeals from the district court's entry of judgment in favor of the defendants in her suit for wrongful termination and defamation. Collins argues that the district court erred in finding that her state law claims were preempted by section 301 of the Labor Management Relations Act (LMRA), 29 U.S.C. § 185(a) and that the district court erred in granting the defendant's motion for summary judgment because her complaint was

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

filed within the applicable Louisiana limitations' period for retaliatory discharge.

Collins' state-law claims are dependant upon analysis of the collective bargaining agreement and, therefore, are preempted by § 301. <u>See</u> <u>Thomas v. LTV Corp.</u>, 39 F.3d 611, 616-17 (5th Cir. 1994). Collins failed to challenge the district court's determination that her complaint failed to state a claim against the defendant; therefore, Collins has abandoned this claim. <u>See</u> <u>Brinkmann v. Dallas County Deputy Sheriff Abner</u>, 813 F.2d 744, 748 (5th Cir. 1987)(issues which are not briefed on appeal are waived). Collins has also failed to challenge on appeal the district court's dismissal of Defendant Pete Bradley pursuant to Fed. R. Civ. P. 4; therefore, the issue is abandoned. <u>See</u> <u>Brinkmann</u>, 813 F.2d at 748.

AFFIRMED.